*Order Entered May 12, 2006:*

JACOBS V TECHNIDISC, INC; VAN TIL V ENVIRONMENTAL RESOURCES, INC, Nos. 128715, 128283. On November 3, 2005, we granted leave to appeal in these cases and ordered that they be argued and submitted to the Court together. 474 Mich 913, 914 (2005). On May 2, 2006, the Court heard oral argument. On order of the Court, the parties are directed to file supplemental briefs, within 42 days of the date of this order, addressing the likely practical consequences that would result if this Court were to overrule *Sewell v Clearing Machine Corp*, 419 Mich 56 (1984). The supplemental briefs shall also discuss the factors that a court is to consider before overruling a prior decision, as set forth in *Robinson v Detroit*, 462 Mich 439, 464 (2000). In particular, the briefs shall discuss (1) the effect of overruling *Sewell, supra,* on reliance interests and whether overruling would work an undue hardship because of that reliance, and (2) whether overruling *Sewell, supra,* would produce not just readjustments, but practical real-world dislocations. *Robinson, supra* at 466. Other participants that have previously submitted briefs in these cases, including the Workers' Compensation Law Section of the State Bar of Michigan, Michigan Defense Trial Counsel, Inc., the Michigan Trial Lawyers Association, and the Attorney General on behalf of the director of the Workers' Compensation Agency, are invited to file supplemental briefs on this issue within 42 days of the date of this order. Other persons or groups interested in the possible overruling of *Sewell, supra,* may move the Court for permission to file briefs amicus curiae. Court of Appeals Nos. 258271, 250539.

*Orders Entered May 16, 2006:*

PROPOSED ADOPTION OF RULE 3.929 OF THE MICHIGAN COURT RULES. On order of the Court, this is to advise that the Court is considering adoption of new Rule 3.929 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter also will be considered at a public hearing. The notices and agendas for public hearings are posted at www.courts.michigan.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.